**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**MICHAEL ANTHONY SPRINGER,** :

    **Plaintiff** : **CIVIL ACTION NO. 3:15-0935**

    **v.** : **(MANNION, D.J.)**
        **(SAPORITO, M.J.)**
**CAROLYN W. COLVIN,** :
**Commissioner of Social Security,**
     :
    **Defendant**
     :

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report and recommendation of Judge Joseph F. Saporito, Jr., (Doc. 14), issued in the above-captioned matter, is **ADOPTED IN ITS ENTIRETY**;

(2) the decision of the Commissioner of Social Security denying the plaintiff's claims for supplemental security income under Title XVI is **VACATED** and the matter is **REMANDED** for further proceedings in accordance with the report of Judge Saporito; and

(3) the Clerk of Court is directed to mark this action **CLOSED**.

                                   s/ *Malachy E. Mannion*
                                   **MALACHY E. MANNION**
                                   **United States District Judge**

**Date: October 31, 2016**